IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 08-00184-JDB |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION FOR AUTHORIZATION |
| CATHAY PACIFIC AIRWAYS LIMITED, | ) | TO GIVE CRIME VICTIM |
| | ) | NOTIFICATION PURSUANT TO |
| Defendant. | ) | 18 U.S.C. § 3771 |
| | ) | |

On this date the Court considered the Motion for Authorization to Give Crime Victim Notification Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for any public court or parole proceeding involving the crime of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice through its web site, http://www.usdoj.gov/atr, and through notice to lead counsel for the plaintiffs in the pending civil class actions, rather than individual notices to the crime victims of the air cargo conspiracy.

IT IS SO ORDERED.

Dated: July 3, 2008.

Hon. John D. Bates
United States District Judge