## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **Criminal No.:  08-00184-JDB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CATHAY PACIFIC AIRWAYS LIMITED,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## ENTRY OF APPEARANCE

The Clerk of the Court shall kindly enter the appearance of Martin Dajani, counsel from DLA US LLP, as counsel on behalf of defendant Cathay Pacific Airways Limited in this action.

Respectfully submitted,

_____/s/_____

F. Martin Dajani (D.C. Bar No. 472187)
Sheldon Krantz (D.C. Bar No. 424546)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile:  (202) 799-5000

*Counsel for Defendant*
CATHAY PACIFIC AIRWAYS LIMITED

Date:  July 9, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2008, the foregoing Notice of Appearance was filed electronically and to the best of my knowledge, information and belief, counsel for plaintiff United States of America will be notified through the Electronic Case Filing System.

/s/
F. Martin Dajani

WASH1\4982411.1 7/9/08
405626-3