IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFFS, ) | Criminal No.: 08-00184-JDB |
| ) | |
| v. ) | |
| ) | |
| CATHAY PACIFIC AIRWAYS LIMITED, ) | |
| ) | |
| DEFENDANT. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Cathay Pacific Airways Limited ("Cathay Pacific") and its counsel certify that it is a nongovernmental corporation organized and existing under the laws of the Hong Kong Administrative Region of the People's Republic of China ("Hong Kong") with its principal place of business in Hong Kong.  Cathay Pacific submits the following statement of its corporate interests and affiliations pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure and LCrR 44.6 of the Local Rules of the United States District Court for the District of Columbia for the use of the judges of this Court:

1. Cathay Pacific is a publicly-held corporation or other publicly-held entity.

2. Cathay Pacific does not have any parent corporation.

3. The following publicly-held company or companies do own 10 percent or more of Cathay Pacific's stock:

| Name of Company | Percentage of Ownership |
|---|---|
| Swire Pacific Limited | Approx. 40% |
| CITIC Pacific Limited | Approx. 17% |
| Air China Limited | Approx. 17% |

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
Sheldon Krantz (D.C. Bar No. 424546)
F. Martin Dajani (D.C. Bar No. 472187)
DLA PIPER US LLP
500 8th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile:  (202) 799-5000

*Counsel for Defendant*
CATHAY PACIFIC AIRWAYS LIMITED

Dated:  July 14, 2008

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2008, Cathay Pacific's Corporate Disclosure Statement was filed electronically and to the best of my knowledge, information and belief, counsel for plaintiff United States of America will be notified through the Electronic Case Filing System.

/s/
F. Martin Dajani