# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
                vs.               )          Criminal Case No.  08-184  (JDB)
                                  )
**CATHAY PACIFIC AIRWAYS**        )
**LIMITED**                       )

**FILED**

**JUL 2 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I,     **CATHAY PACIFIC AIRWAYS LIMITED** , the above-name defendant, who is accused of

### Antitrust Violations
### 15 USC 1

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on     **July 22, 2008**    prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Robert Atkinson, Director of Finance

_____
Counsel for Defendant

Before _____          Date: _____
Judge John D. Bates