CO-526
(12/86)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.  08-184 (JDB) |
| | ) | |
| | ) | **FILED** |
| **CATHAY PACIFIC AIRWAYS** | ) | JUL 2 2 2008 |
| **LIMITED** | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Robert Atkinson, Director of Finance

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____          Date: _____
Judge John D. Bates