US A v. CATHAY PACIFIC AIRWAYS LIMITED

08-184 (JDB)

**CATHAY PACIFIC**

Cathay Pacific Airways Limited
*Company Secretary's Department*
35th Floor, Two Pacific Place
88 Queensway, Hong Kong

Telephone : (852) 2840 8869
Facsimile  : (852) 2845 5445
www.cathaypacific.com

**FILED**

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFCATE OF SECRETARY

The undersigned is the duly appointed secretary of Cathay Pacific Airways Limited and hereby certifies that the attached copy of resolutions of the board of directors of Cathay Pacific Airways Limited is true, correct and complete and that such resolutions were duly passed, have not been amended, modified or repealed and remain in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of Cathay Pacific Airways Limited this 23rd day of June, 2008.

David Y.H. Fu
Secretary
Cathay Pacific Airways Limited





Resolutions passed by the Board of Directors of Cathay Pacific Airways Limited (the "Company") on 20th June, 2008.

**THAT:**

"(1) The Company has been the subject of an investigation by the United States Department of Justice ("DOJ") in which the DOJ alleges that the Company and its air cargo business have violated United States law by engaging in pricing practices in violation of the United States Sherman Act.

(2) The Board of Directors deems it advisable and in the best interests of the Company to settle such claims.

(3) The execution, delivery and performance of that certain Plea Agreement, between the Company and the DOJ, in substantially the form presented to the Board of Directors, is hereby approved.

(4) Any director or officer of the Company (each an "Authorised Officer"), be and each of them with power to act alone hereby is authorised and empowered and directed, for and on behalf of the Company, to execute and deliver the Plea Agreement.

(5) Any Authorised Officer be and each of them with power to act alone hereby is authorised, empowered and directed to represent the Company at any hearing in order to waive any and all rights of the Company referred to in the Plea Agreement and to plead guilty at such hearing, for and on behalf of the Company, in accordance with the terms therein.

(6) Any Authorised Officer, be and each of them with power to act alone hereby is authorised, empowered and directed, for and on behalf of the Company, to prepare and deliver, or cause to be prepared and delivered, and to execute all documents and take or cause to be taken such further actions as he or she may deem necessary, appropriate and advisable to fully effectuate the intent of the foregoing resolutions and to comply with the provisions of any of the documents and instruments approved or authorised hereby or thereby (such documents to be executed where appropriate, under the common seal of the Company, in which case each such document shall be signed in accordance with the provisions of the Articles of Association of the Company)."